◎AO 245E (Rev. 12/11) Judgment in a Criminal Case for Organizational Defendants
Sheet 1

FILED
SEP 24 2018
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
v.
BLESSINGS, INC. (1)

**JUDGMENT IN A CRIMINAL CASE**
(For Organizational Defendants)

CASE NUMBER: 17CR1254-BEN

DAVID KARL WILLINGHAM
Defendant Organization's Attorney

☐

THE DEFENDANT ORGANIZATION:
☒ pleaded guilty to count(s) 1 OF THE INDICTMENT.

☐ was found guilty on count(s) _____
after a plea of not guilty.
Accordingly, the defendant organization is adjudged guilty of such count(s), which involve the following offense(s):

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 18 USC 371 | CONSPIRACY | 1 |

The defendant organization is sentenced as provided in pages 2 through __7__ of this judgment.
The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant organization has been found not guilty on count(s) _____

☒ Count(s) REMAINING   is ☐ are ☒ dismissed on the motion of the United States.
☒ Assessment: $400.00.

☐ Fine ordered waived   ☒ Forfeiture pursuant to order filed   JUNE 28, 2018  , included herein.

IT IS ORDERED that the defendant organization shall notify the United States Attorney for this district within 30 days of any change of name, principal business address, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant organization shall notify the court and United States Attorney of any material change in the organization's economic circumstances.

SEPTEMBER 17, 2018
Date of Imposition of Sentence

HON. ROGER T. BENITEZ
UNITED STATES DISTRICT JUDGE

17CR1254-BEN

DEFENDANT ORGANIZATION: BLESSINGS, INC. (1)
CASE NUMBER: 17CR1254-BEN

# PROBATION

The defendant organization is hereby sentenced to probation for a term of:

FIVE (5) YEARS.

## MANDATORY CONDITION

[x] The defendant organization shall not commit another federal, state or local crime.

[x] If this judgment imposes a fine or a restitution obligation, it shall be a condition of probation that the defendant organization pay any such fine or restitution.

[x] The defendant organization shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant organization shall also comply with the additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) within thirty days from the date of this judgment, the defendant organization shall designate an official of the organization to act as the organizations's representative and to be the primary contact with the probation officer;

2) the defendant organization shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

3) the defendant organization shall notify the probation officer ten days prior to any change in principal business or mailing address;

4) the defendant organization shall permit a probation officer to visit the organization at any of its operating business sites;

5) the defendant organization shall notify the probation officer within seventy-two hours of any criminal prosecution, major civil litigation, or administrative proceeding against the organization;

6) the defendant organization shall not dissolve, change its name, or change the name under which it does business unless this judgment and all criminal monetary penalties imposed by this court are either fully satisfied or are equally enforceable against the defendant's successors or assignees;

7) the defendant organization shall not waste, nor without permission of the probation officer, sell, assign, or transfer its assets.

DEFENDANT ORGANIZATION: BLESSINGS, INC. (1)
CASE NUMBER: 17CR1254-BEN

## SPECIAL CONDITIONS OF SUPERVISION

The organization shall notify the court or probation officer immediately upon learning of (A) any material adverse change in its business or financial condition or prospects, or (B) the commencement of any bankruptcy proceeding, major civil litigation, criminal prosecution, or administrative proceeding against the organization, or any investigation or formal inquiry by governmental authorities regarding the organization.

The organization shall submit to: (A) a reasonable number of regular or unannounced examinations of its books and records at appropriate business premises by the probation officer or experts engaged by the court; and (B) interrogation of knowledgeable individuals within the organization. Compensation to and costs of any experts engaged by the court shall be paid by the organization.

DEFENDANT: BLESSINGS, INC. (1)
CASE NUMBER: 17CR1254-BEN

# FINE

The defendant shall pay a fine in the amount of _____$973,490.00_____ unto the United States of America.

This sum shall be paid ___ immediately.
                       _x_ as follows:

Jointly and severally with co-defendant David Mayorquin (2).

Through the Clerk, U.S. District Court, forthwith or at the rate of not less than $194,698 per year, with one-half of $973,490.00 to be paid within ninety (90) days of September 17, 2018. One-half of the total fine shall be paid to the Lacey Act Rewards Fund, and one-half to the Magnuson Stevens Fishing Management Fund. These payment schedules do not foreclose the United States from exercising all legal actions, remedies, and process available to it to collect the fine judgment at any time.

The Court has determined that the defendant _does_ have the ability to pay interest. It is ordered that:

_x_ The interest requirement is waived.

___ The interest is modified as follows:

```
                                                    FILED
                                               18 JUN 28 AM 11:34
                                             CLERK, U.S. DISTRICT COURT
                                            SOUTHERN DISTRICT OF CALIFORNIA
                                                                  DEPUTY
                                            BY:
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 17cr1254-BEN |
|---|---|
| Plaintiff, | ORDER OF CRIMINAL FORFEITURE |
| v. | |
| BLESSINGS, INC. (1), | |
| Defendant. | |

WHEREAS, in the Indictment in the above-captioned case, the United States sought forfeiture of all right, title and interest in property of Defendant BLESSINGS, INC. ("Defendant"), pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), as charged in the Indictment; and

WHEREAS, on or about April 11, 2018, Defendant pled guilty before Magistrate Judge Jan M. Adler to Count 1 of the Indictment, which plea included consent to the forfeiture allegation of the Indictment, and an agreement to forfeit to the United States the amount of $237,879 as proceeds Defendant received from the offense of the violation of 18 U.S.C. § 371, which forfeiture shall be included and incorporated as part of the judgment in this case; and

WHEREAS, on June 12, 2018 this Court accepted the guilty plea of Defendant; and

//

1   WHEREAS, by virtue of the admissions of the Defendant set out in the plea
2   agreement and guilty plea, the Court determined that $237,879.00 (U.S. dollars)
3   represents property constituting proceeds obtained directly or indirectly as a result of
4   a conspiracy to violate 18 U.S.C. § 554 (Exportation Contrary to Law), in violation of
5   18 U.S.C. § 371, as charged in the Indictment; and

6   WHEREAS, by virtue of said guilty plea and the Court's findings, the
7   United States is now entitled to an Order of Forfeiture in its favor against the
8   Defendant for the proceeds received by the Defendant in the amount of $237,879,
9   pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c) and Rule 32.2(b) of the
10  Federal Rules of Criminal Procedure; and

11  WHEREAS, Defendant agreed in its forfeiture addendum to pay to the
12  United States in full the forfeited $237,879 by way of a cashier's check made payable
13  to U.S. Customs and Border Protection on or before the first date set for sentencing,
14  which is July 16, 2018; and

15  WHEREAS, by virtue of the facts set forth in the plea agreement and forfeiture
16  addendum, the United States has established the requisite nexus between the
17  $237,879 forfeiture and the offense; and

18  WHEREAS, the United States, having submitted the Order herein to the
19  Defendant through its attorney of record, to review, and no objections having been
20  received;

21  Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

22  1.  Defendant BLESSINGS, INC. shall forfeit to the United States the sum
23  of $237,879 pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) as the
24  proceeds Defendant received from its criminal activities, which forfeiture is in favor
25  of the United States against Defendant BLESSINGS, INC., with interest to accrue
26  thereon in accordance with 18 U.S.C. § 3612(f) and 28 U.S.C. § 1961.

27  2.  Defendant shall pay to the United States the forfeited $237,879 in full by
28  way of a cashier's check made payable to U.S. Customs and Border Protection on or

- 2 -                                    17cr1254

before the first date set for sentencing, July 16, 2018. In the event that Defendant fails to timely pay the $237,879, the United States may immediately proceed with all remedies available to it. In addition, the Government will be authorized to take all collection actions available to it in addition to the substitution of assets for any unpaid portion of the $237,879.

3. This Court shall retain jurisdiction in the case for the purpose of enforcing the order of forfeiture and collecting and enforcing the forfeiture.

4. Pursuant to Rule 32.2(b)(4), this Order of Forfeiture shall be made final as to the Defendant at the time of sentencing and is part of the sentence and included in the judgment.

5. Pursuant to Rule 32.2(b)(3) the United States may, if the $237,879 forfeiture amount is not timely paid in full, conduct discovery to identify, locate, or dispose of directly forfeitable assets and substitute assets against which this Order of Forfeiture may be enforced.

6. The United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property to satisfy the forfeiture amount in whole or in part.

7. The United States may take any and all actions available to it to collect and enforce the forfeiture.

DATED: 6/25/2018

Hon. Roger T. Benitez
United States District Judge